**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SHARRI R. HEITKAMP,**

    **Plaintiff(s),**

**v.**                                  **CASE NO:  8:10-CV-2812-T-30MAP**

**REPUBLIC INFORMATION**
**SYSTEMS, INC., et al.,**

    **Defendant(s).**
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Motion to Approve Settlement and Dismiss Case (Dkt. #22).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Approve Settlement and Dismiss Case (Dkt. #22) is GRANTED.

2. This cause is dismissed with prejudice.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE and ORDERED** in Tampa, Florida on December 5, 2011.

                                                JAMES S. MOODY, JR.
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-2812 dismiss 22.docx